UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
*******************************************
CLAYTON D. DAVENPORT TRUCKING, INC.   *
                                      *
            Plaintiff                 *
                                      *
v.                                    *   CIVIL ACTION NO. 07-11939-NMG
                                      *
MASSACHUSETTS LABORERS' BENEFIT       *
FUNDS and                             *
MASSACHUSETTS LABORERS' DISTRICT      *
COUNCIL,                              *
                                      *
            Defendants                *
*******************************************
```

MOTION OF DEFENDANT MASSACHUSETTS LABORERS' BENEFIT FUNDS
FOR SUMMARY JUDGMENT AND REQUEST
FOR ORAL ARGUMENT

Defendant, Massachusetts Laborers' Benefit Funds ("Benefit Funds"), respectfully moves that the Court enter an Order of Summary Judgment against Plaintiff in the above-entitled matter. As grounds for this Motion, the Benefit Funds say that there is no dispute of material facts, and that the Benefit Funds are entitled, as a matter of law, to judgment ordering the enforcement of the Arbitration Board Decision dated October 12, 2007 which specifically ordered the Plaintiff to:

1. Immediately apply the terms of the Western Massachusetts and Pittsfield agreements with the Massachusetts Laborers' District Council to all of its building and heavy & highway operations;

2. To compensate the Benefit Funds office for its legal fees incurred in the arbitrations of this matter, as well as the legal fees incurred in any judicial enforcement of the Award;

3. To furnish security bonds in the amount of $50,000 for each of the seven fringe benefit funds listed in the Award;

4. To submit to an audit of its payroll records, including its General Ledger, for the period of June 1, 2003 to date, and to make available in connection with that audit all relevant payroll and tax records relevant to a determination of the number of work force hours performed by construction personnel of the company;

5. To pay any amounts determined to be due under that audit within 30 days of the receipt of the audit report, together with interest called for by the collective bargaining agreements and liquidated damages and accounting fees, as called for by the collective bargaining agreements.

In support of this Motion, the Benefit Funds rely upon the Affidavits of Michael Tranghese and Philip Mackay, as well as its Supporting Memorandum of Law.

Defendant respectfully requests oral argument in support of its Motion.

Dated:  January 11, 2008                    MASSACHUSETTS LABORERS' BENEFIT FUNDS

By its attorney,

 /s/ John D. O'Reilly, III
John D. O'Reilly, III
BBO # 379995
O'Reilly, Grosso & Gross, P.C.
1671 Worcester Road, Suite 205
Framingham, MA   01701-5400
Tel.:  (508) 620-0055
E-mail:  pwoods@ogglaw.com

3

CERTIFICATE OF SERVICE

    I, John D. O'Reilly, III, hereby certify that a true copy of the foregoing document was sent, postage prepaid, by e-mail to Craig J. Tiedemann, Esquire, and by first class mail to Thomas Coffey, Esquire, Massachusetts Laborers' District Council, 7 Laborers' Way, Hopkinton, MA  01748, this 11th day of January, 2008.

                                                       */s/ John D. O'Reilly, III*
                                                       John D. O'Reilly, III

G:\joreilly\MLBF-Delinquencies\Davenport Trucking\USDC 07-11939\Motion for Summ Jgmt.doc