AFFIDAVIT OF PHILIP MACKAY

EXHIBIT 1

INSTRUCTIONS—SUBMIT ONE CHECK ONLY TO INCLUDE THE CONTRIBUTIONS TO ALL OF THE FUNDS LISTED BELOW. THE CHECK MUST BE RECEIVED BY THE FUND OFFICE BY THE TWENTIETH OF THE MONTH FOLLOWING THE MONTH REPORTED. ANY FALSE STATEMENT OR MISREPRESENTATION MADE IN REPORTING ON THIS FORM MAY SUBJECT YOU TO PROSECUTION UNDER 18 USC SECTION 1027, THE PENALTY FOR WHICH A FINE OF $10,000 OR IMPRISONMENT FOR FIVE YEARS OR BOTH.

## MAKE CHECK PAYABLE TO: MASSACHUSETTS LABORERS' BENEFIT FUNDS.

MAIL REPORT TO:   Post Office Box 4085, Boston, Massachusetts 02211-4085

### EMPLOYER'S REMITTANCE REPORT

4/21/2004

| 1. FIRM NAME AND ADDRESS | 2. CONTRIBUTIONS FOR MONTH ENDING |
|---|---|
| C D DAVENPORT TRUCKING<br>30 COLRAIN ST<br>GREENFIELD, MA     01301 | MONTH April   YR. 04 |

3. NUMBER OF PAYROLL PERIODS WHICH ENDED DURING MONTH:

MA 03
52 013   000

## REPORT OF ALL HOURS WORKED BY LABORERS

| | EMPLOYEE'S SOCIAL SECURITY NUMBER | NAME OF EMPLOYEE<br>FIRST   MIDDLE   LAST | TOTAL HOURS WORKED | CITY | JOB LOCATION<br>STATE | PROJECT | LPL HOURS REPORTED | UNION DUES HOURS REPORTED | LABORER LOCAL UNION NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 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 | JONATHAN J LEH | | | | | | | 596 |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | POSTED | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |
| | | TOTAL HOURS THIS PAGE ⬥ | | | | | | | |

IF DUES DEDUCTION OR LABORERS' POLITICAL LEAGUE HOURS REPORTED ARE DIFFERENT THAN TOTAL HOURS WORKED, INDICATE NUMBER OF DUES HOURS IN DESIGNED COLUMN, AN ASTERICK (*) INDICATES NO AUTHORIZATION FOR DUES OR CHECK-OFF.

| | |
|---|---|
| TOTAL NUMBER OF PAGES USED FOR THIS REPORT | 0 |
| TOTAL NUMBER OF EMPLOYEES REPORTED ON ALL PAGES OF THIS REPORT | 0 |
| TOTAL NUMBER OF HOURS LISTED ON ALL PAGES OF THIS REPORT | 0 |

5/3/04   189061

### CONTRIBUTIONS DUE

| FUND | RATE PER HOUR | AMOUNT | FUND | RATE PER HOUR | AMOUNT |
|---|---|---|---|---|---|
| HEALTH & WELFARE FUND | @ 4.75 | $ | N.E.L.-L.M.C.T. | @ .15 | $ |
| PENSION FUND | @ 2.60 | $ | N.E.L.H.S.F. | @ .15 | $ |
| ANNUITY FUND | @ 1.00 | $ | UNIFIED TRUST -C.I.M. | @ .50 | $ |
| TRAINING FUND | @ .35 | $ | UNIFIED TRUST -M.C.A.P. | @ | $ |
| LEGAL FUND | @ .10 | $ | | @ | $ |
| DUES DEDUCTION | @ .68 | $ | | @ | $ |
| L.P.L. FUND | @ .02 | $ | | @ | $ |
| MASS. C.I.M. | @ | $ | | @ | $ |
| MASS. M.C.A.P. | @ | $ | | @ | $ |
| MASS. W.M.I.A.F. | @ .10 | $ | | @ | $ |

TOTAL CHECK AMOUNT

- 0 -

SIGNATURE _____   TITLE President   DATE 4/30/04

INSTRUCTIONS—SUBMIT ONE CHECK ONLY TO INCLUDE THE CONTRIBUTIONS TO ALL OF THE FUNDS LISTED BELOW. THE CHECK MUST BE RECEIVED BY THE FUND OFFICE BY THE TWENTIETH OF THE MONTH FOLLOWING THE MONTH REPORTED. ANY FALSE STATEMENT OR MISREPRESENTATION MADE IN REPORTING ON THIS FORM MAY SUBJECT YOU TO PROSECUTION UNDER 18 USC SECTION 1027, THE PENALTY FOR WHICH IS A FINE OF $10,000 OR IMPRISONMENT FOR FIVE YEARS OR BOTH.

## MAKE CHECK PAYABLE TO: MASSACHUSETTS LABORERS' BENEFIT FUNDS.
MAIL REPORT TO:   Post Office Box 4085, Boston, Massachusetts 02211-4085

5/04/2004       **EMPLOYER'S REMITTANCE REPORT**

1. FIRM NAME AND ADDRESS

C D DAVENPORT TRUCKING
30 COLRAIN ST
GREENFIELD, MA     01301

2. CONTRIBUTIONS FOR MONTH ENDING

| MONTH | May | Jun | YR. 2004 |

3. NUMBER OF PAYROLL PERIODS WHICH ENDED DURING MONTH:

NONE

MA 03
52013   000

## REPORT OF ALL HOURS WORKED BY LABORERS

| EMPLOYEE'S SOCIAL SECURITY NUMBER | NAME OF EMPLOYEE FIRST | MIDDLE | LAST | TOTAL HOURS WORKED | CITY | STATE | PROJECT | LPL HOURS REPORTED | UNION DUES HOURS REPORTED | LABORERS' LOCAL UNION NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | NONE | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | May | | | | | | June | | | |
| 15 | | | | | | | 199271 | | | |
| 16 | | | | | | | | | | |
| 17 | 199269 | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |

TOTAL HOURS THIS PAGE ▶

IF DUES DEDUCTION OR LABORERS' POLITICAL LEAGUE HOURS REPORTED ARE DIFFERENT THAN TOTAL HOURS WORKED, INDICATE NUMBER OF DUES HOURS IN DESIGNED COLUMN, AN ASTERICK (*) INDICATES NO AUTHORIZATION FOR DUES OR CHECK-OFF.

TOTAL NUMBER OF PAGES USED FOR THIS REPORT
TOTAL NUMBER OF EMPLOYEES REPORTED ON ALL PAGES OF THIS REPORT
TOTAL NUMBER OF HOURS LISTED ON ALL PAGES OF THIS REPORT

NONE   CONTRIBUTIONS DUE 7/22/04

| FUND | RATE PER HOUR | AMOUNT | FUND | RATE PER HOUR | AMOUNT |
|---|---|---|---|---|---|
| HEALTH & WELFARE FUND | @ 4.75 | $ | N.E.L.·L.M.C.T. | @ .15 | $ |
| PENSION FUND | @ 2.60 | $ | N.E.L.H.S.F. | @ .15 | $ |
| ANNUITY FUND | @ 1.00 | $ | UNIFIED TRUST -C.I.M. | @ .50 | $ |
| TRAINING FUND | @ .35 | $ | UNIFIED TRUST -M.C.A.P. | @ | $ |
| LEGAL FUND | @ .10 | $ | | @ | $ |
| DUES DEDUCTION | @ .68 | $ | | @ | $ |
| L.P.L. FUND | @ .02 | $ | | @ | $ |
| MASS. C.I.M. | @ | $ | | @ | $ |
| MASS. M.C.A.P. | @ | $ | | @ | $ |
| MASS. W.M.I.A.F. | @ .10 | $ | | @ | $ |

TOTAL CHECK AMOUNT

SIGNATURE _David Arrent_   TITLE _President_   DATE 1/24/04